UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

PHALITA PUN,

    *Petitioner*,

v.                                         Case No. 5:26-CV-0534-JKP

KRISTI NOEM, et al.,

    *Respondents*.

## ORDER REGARDING STAY

    Before the Court is a Motion to Stay (ECF No. 8) filed by the Federal Respondents. The Court orally granted the motion at a hearing today with all parties represented. This Order memorializes the ruling. As stated on the record, the Court **GRANTS** the motion and **STAYS** its order (ECF No. 6) granting the habeas Petition (ECF No. 1) pending further order of the Court. Petitioner has until **5:00 p.m. on February 9, 2026**, to file additional briefing regarding the Amended Answer (ECF No. 9) filed in this case, as well as whether the instant action had been mooted prior to the Court issuing Final Judgment (ECF No. 7) in this case. Respondents have until **noon, February 10, 2026**, to provide supplemental briefing, including an audio recording and/or written transcript of the relevant bond hearing.

    **IT IS SO ORDERED this 5th day of February 2026.**

JASON PULLIAM
UNITED STATES DISTRICT JUDGE