UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

PHALITA PUN,

    *Petitioner*,

v.                              Case No. 5:26-CV-0534-JKP

KRISTI NOEM, et al.,

    *Respondents*.

## ORDER SETTING HEARING

Before the Court are the following post-judgment filings: (1) Supplemental Response to Petition for Writ of Habeas Corpus (ECF No. 9); (2) Petitioner's Supplemental Reply Brief in Support of Writ of Habeas Corpus (ECF No. 13); and (3) Supplemental Brief Considering Recent Fifth Circuit Precedent (ECF No. 14). **The Court previously granted Respondents' motion to stay (ECF No. 8) and hereby DIRECTS the Clerk of Court to terminate that motion on the docket of this action.** Within the Supplemental Reply Brief, Petitioner requests that the Court set this matter for oral argument.

Accordingly, the Court hereby schedules a hearing for **Tuesday, February 17, 2026, at 10:00 a.m.** before U.S. District Judge Jason Pulliam in Courtroom B on the Second Floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, Texas, 78207. The parties should be prepared to discuss the issues raised by the additional briefing, including how the current procedural posture of this case affects the issues. Because the request for oral argument lacks any request for Petitioner to be personally present, the Court will proceed with the hearing with counsel only given Petitioner's current detention status.

**It is** so **ORDERED this 12th day of February 2026.**

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**